**Electronically Filed
Supreme Court
SCWC-11-0000338
06-FEB-2013
10:56 AM**

SCWC-11-0000338

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

STATE OF HAWAI‘I, Respondent/Plaintiff-Appellee,

vs.

LUIS GOMEZ-LOBATO, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000338; FC-CR NO. 10-1-279K)

ORDER GRANTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Defendant-Appellant Luis Gomez-Lobato's application for writ of certiorari filed on December 21, 2012, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai‘i, February 6, 2013.

Shawn A. Luiz for
petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

